IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| PEDRO REYES MARTINEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | 2:16-CV-0154 |
| | § | |
| LORIE DAVIS, Director, | § | |
| Texas Department of Criminal Justice, | § | |
| Correctional Institutions Division, | § | |
| | § | |
| | § | |
| Respondent. | § | |

## ORDER OVERRULING OBJECTIONS,
## ADOPTING REPORT AND RECOMMENDATION,
## and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a federal writ of habeas corpus.  On July 15, 2016, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant habeas application be dismissed for failure to pay the filing fee.  On July 26, 2016, petitioner filed a pleading which the Clerk docketed as objections to the Magistrate Judge's Report and Recommendation.  (Dkt. 6).

The undersigned United States District Judge has made an independent examination of the record in this case.  To the extent petitioner has attempted to object to the Report and Recommendation, the objections are hereby OVERRULED.  The Magistrate Judge's Report and Recommendation is ADOPTED.  Accordingly, the petition for a writ of habeas corpus is DISMISSED.

IT IS SO ORDERED.

ENTERED this _____3rd_____ day of _____August_____ 2016.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE